# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ANDREY KRUCHENKO, | Case No. CV 17-3819 SS |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: April 23, 2018

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE